UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILDA PRATTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, ) | 5:20-CV-469-BO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiffs counsel, Derrick Kyle Arrowood, the sum of $8,877.50, sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiffs counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This judgment filed and entered on December 8, 2022, and served on:**
Derrick Kyle Arrowood (via CM/ECF NEF)
Mark J. Goldenberg (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)
Thomas Paul Zimarowski (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

December 8, 2022

 /s/ Debra Reznick
By: Deputy Clerk